(Revised 01/98)   CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

DATE **7-21-14** - WICHITA

CASE NO. **14-10101-01-JTM** UNITED STATES vs. **Steven Lee Fritts**

FILED
U.S. District Court
District of Kansas
AGE: ___
JUL 21 2014
Clerk, U.S. District Court
By _____ Deputy Clerk

**APPEARANCES:**
Government:
- ( ) Anderson    ( ) Jacobs    ( ) Treaster
- ( ) Barnett     ( ) Lind      (✓) Welch
- ( ) Furst       ( ) Metzger   ( ) ___
- ( ) Hart        ( ) Smith

Defendant: (✓) In Person    (✓) By Counsel: **Joel Mandelman**    ( ) Retained  ( ) Appointed
( ) Failed to Appear

JUDGE:
- (✓) Humphreys
- ( ) Gale

CLERK:
- (✓) Merseal
- ( ) Carter

U.S. PROBATION:
- ( ) Madden
- (✓) Chirinos

Proceedings:
- ( ) Preliminary Hearing    ( ) Held           ( ) Waived (2 min)
- ( ) Rule 5                 (✓) Detention      (✓) Arraignment    ( ) Sentence
- ( ) Bond Hearing           ( ) Bond Revoc.    ( ) Probation/Supervised Release Violation

ARRAIGNMENT AND PLEA / RULE 5 / OMNIBUS    Arrest Date _____

- ( ) Charges explained to the Defendant
- ( ) Defendant sworn & examined re: financial status   ( ) Counsel appointed
- ( ) Defendant's constitutional rights explained   ( ) Felony  ( ) Misdemeanor
- ( ) Defendant declined to waive indictment   ( ) Will be presented to next Grand Jury
- ( ) Signed Waiver of Indictment   ( ) Information filed
- ( ) Advised of Rights under   ( ) Rule 20   ( ) Rule 40
- ( ) Signed Consent to Transfer (Rule 20)   ( ) Signed Consent to Proceed Before Magistrate
- ( ) Petition to enter plea filed   ( ) Plea Agreement attached
- ( ) Interpreter   ( ) Appointed   ( ) Sworn   Name: _____

(✓) ARRAIGNMENT AND PLEA:
- (✓) Waived Reading   (✓) Indictment   ( ) Guilty   (✓) No. of Counts: **2 + forfeiture**
- ( ) Read to Defendant   ( ) Information   (✓) Not Guilty

- ( ) Judgment Deferred   ( ) Pre-Sentence Investigation   ( ) Continued to: _____
- ( ) Bond  ( ) Fixed at: $_____   ( ) Continued on present bond.
- ( ) Transfer under Rule 40 to the _____ District of _____
- ( ) Release Order   ( ) Executed   ( ) Continued in effect   (✓) Remanded to Custody
- (✓) Detention Ordered   ( ) Temporary Detention Order

( ) Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.

( ) Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.

( ) Set for Trial: _____ at _____ a.m./p.m. before Judge _____
Motions to be filed _____ Response(s) to Motions to be filed _____ Motions to be heard on _____ at _____ a.m./p.m. before Judge _____
Defendant's next appearance **As directed** at _____ a.m./p.m. before Judge **Marten** for: ___
( ) Detention hearing   ( ) Arraignment   ( ) _____
Miscellaneous: **(Witness: Brandon Bansemer, KDOC Special Agent)**

**1:42 - 2:16**
**The Government's motion for detention is granted.**